THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00067-MR-DCK

| | |
|---|---|
| AUDREY COHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss. [Doc. 30].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 30] is **GRANTED**, and all the Plaintiff's claims against the Defendants are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: September 1, 2023

Martin Reidinger
Chief United States District Judge